1  Jean-Paul Ciardullo (State Bar No. 284170)
   email:  jciardullo@foley.com
2  **FOLEY & LARDNER LLP**
   555 South Flower Street, Suite 3500
3  Los Angeles, CA 90071-2411
   Telephone:    213-972-4500
4  Facsimile:    213-486-0065

5  *Attorneys for Inflectra Corporation*

6

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  **SOFTWARE RESEARCH, INC,,**            Case No. 3:15-cv-00204-EMC

13              Plaintiff,                  **JOINT STIPULATION TO EXTEND TIME
                                            TO RESPOND TO INITIAL COMPLAINT**
14          v.

15  **INFLECTRA CORPORATION**,

16              Defendant.

17

4848-3976-2209.1

Plaintiff Software Research, Inc. ("Plaintiff") filed its initial Complaint in this action on January 14, 2015, and returned a proof of service of the Complaint on defendant Inflectra Corporation ("Defendant") dated January 16, 2015. Defendant has only just retained counsel, and requires additional time to investigate the Complaint and discuss possible out-of-court resolution with Plaintiff which may obviate the need for further litigation. To that end, and for good cause, Plaintiff and Defendant hereby jointly stipulate, pursuant to Local Rule 6.1(a), to extend the time for Defendant to respond to the Complaint until <u>March 6, 2015</u>.

Dated:  February 4, 2015

Respectfully submitted,

**FOLEY & LARDNER LLP**

By: <u>/s/ Jean-Paul Ciardullo</u>
    Jean-Paul Ciardullo

*Attorneys for Defendant*
INFLECTRA CORPORATION

**COLT / SINGER / BEA LLP**

By: <u>/s/ Benjamin Singer</u>
Benjamin L. Singer (Bar. No. 264295)
bsinger@coltsinger.com
Joseph C. Gabaeff (Bar No. 255054)
jgabaeff@coltsinger.com
Douglas S. Tilley (Bar No. 265997)
dtilley@coltsinger.com

*Attorneys for Plaintiff*
SOFTWARE RESEARCH, INC.

**Local Rule 5-1(i)(3) Certification**

*I attest that Benjamin Singer gave me his permission to affix his electronic signature to this document and electronically file it.*

/s/ Jean-Paul Ciardullo

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA