1  Jean-Paul Ciardullo (State Bar No. 284170)
   email: jciardullo@foley.com
2  **FOLEY & LARDNER LLP**
   555 South Flower Street, Suite 3500
3  Los Angeles, CA 90071-2411
   Telephone:   213-972-4500
4  Facsimile:    213-486-0065

5  *Attorneys for Inflectra Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SOFTWARE RESEARCH, INC,**, <br><br> Plaintiff, <br><br> v. <br><br> **INFLECTRA CORPORATION**, <br><br> Defendant. | Case No. 3:15-cv-00204-EMC <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Subject to approval of the Court, Plaintiff Software Research, Inc. and Defendant Inflectra Corporation ("Inflectra") jointly stipulate to a three week extension of time for Inflectra to respond to the Complaint. The response is currently due on March 6, and the proposed new response date is <u>March 27</u>. The parties do not seek a continuance of the April 23 Schedule Conference that has been set by the Court, so the requested extension of time does not affect any other Court deadlines. There is good cause to grant the requested extension because the parties are currently discussing a settlement that may obviate the need to proceed with the case.

|  |  |
|---|---|
| Dated: March 3, 2015 | Respectfully submitted, |
|  | **FOLEY & LARDNER LLP** |
|  | By: */s/ Jean-Paul Ciardullo* <br> Jean-Paul Ciardullo |
|  | *Attorneys for Defendant* <br> INFLECTRA CORPORATION |
|  | **COLT / SINGER / BEA LLP** |
|  | By: */s/ Benjamin Singer* <br> Benjamin L. Singer (Bar. No. 264295) <br> bsinger@coltsinger.com <br> Joseph C. Gabaeff (Bar No. 255054) <br> jgabaeff@coltsinger.com <br> Douglas S. Tilley (Bar No. 265997) <br> dtilley@coltsinger.com |
|  | *Attorneys for Plaintiff* <br> SOFTWARE RESEARCH, INC. |

**Local Rule 5-1(i)(3) Certification**

*I attest that Benjamin Singer gave me his permission to affix his electronic signature to this document and electronically file it.*

*/s/ Jean-Paul Ciardullo*

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED
Judge Edward M. Chen

4848-3976-2209.1

STIPULATION TO EXTEND TIME
CASE NO. 3:15-cv-00204-EMC